Order entered November 8, 2012

004810



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00550-CR

## JOHN RICHARD BUSBEY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F10-11264-K

## ORDER

Appellant's October 26, 2012 motion to supplement the record on appeal and to hold the briefing schedule in abeyance is **GRANTED** to the extent we **ORDER** the trial court clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing copies of all pretrial motions, the jail writ, docket sheet, pass slips, business records filed, and jail disposition sheet.

The time to file appellant's brief is **EXTENDED** to **FORTY-FIVE DAYS** from the date of this order.

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to:

Dallas County District Clerk Gary Fitzsimmons

The Dallas County District Clerk, Criminal Records Division
Counsel for all parties

_____
LANA MYERS
JUSTICE